order affirmed, with costs. Order filed. See, also, 124 N. Y. Supp. 1110, and infra.

BERNADAC v. SCHENCKE PIANO CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Catherine M. Bernadac, as administratrix, against the Schencke Piano Company. No opinion. Motion denied, with $10 costs. Order filed. See 125 N. Y. Supp. 1112.

BERNIER, Respondent, v. GRISCOM-SPENCER CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Louis L. Bernier, etc., against the Griscom-Spencer Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re BERNSTEIN. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) In the matter of Morris J. Bernstein, an attorney. No opinion. Motion granted, and respondent suspended from the practice of law for a period of three months from the date thereof.

BILDER v. ELLIS (two cases). Supreme Court, Appellate Division, First Department. November 4, 1910.) Action by Nathan Bilder, as trustee, etc., against Charles E. Ellis. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 136 App. Div. 940, 121 N. Y. Supp. 1125; 66 Misc. Rep. 539, 123 N. Y. Supp. 1081.

BILLINGHAM, Respondent, v. ONEIDA RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by Frederick G. Billingham against the Oneida Railway Company. PER CURIAM. Order affirmed, with $10 costs and disbursements.
KRUSE and ROBSON, JJ., dissent.

BISHOP, McCORMICK & BISHOP, Inc., Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Bishop, McCormick & Bishop, Incorporated, against Rose Miller. No opinion. Motion to dismiss appeal granted, with costs.

BLAKE, Respondent, v. RICHARDSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Alton M. Blake against Arthur W. Richardson and others.
PER CURIAM. Judgment affirmed, with costs.
SPRING, J., dissents.

BLOOMINGDALE et al. v. BABCOCK. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Samuel J. Bloomingdale and others against Darton L. Babcock. No opinion. Application denied, with $10 costs. Order signed.

BLUM v. COHEN. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Simon Blum against Harris Cohen. No opinion. Application denied, with $10 costs. Order signed.

In re BLUME'S WILL. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) In the matter of the probate of the last will and testament of Christiane Blume, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

BOARD OF WATER COM'RS OF CITY OF CORNING, Respondent, v. CITY OF CORNING, Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by the Board of Water Commissioners of the City of Corning against the City of Corning. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question for review certified. For former opinion, see 124 N. Y. Supp. 268.

BOISSEVAIN et al., Respondents, v. POPE, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Daniel G. Boissevain and others against James E. Pope. W. W. Pickard, for appellant. C. A. Boston, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 64 Misc. Rep. 292, 118 N. Y. Supp. 577.

BOK, Appellant, v. KATES, Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Gustav Bok against Norbert B. Kates, individually and as trustee, etc. P. Allen, for appellant. A. K. Stricker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOLEMAN, Appellant, v. HENDERSON, Respondent. (Supreme Court, Appellate Division. Second Department. October 20, 1910.) Action by Patrick Boleman against Annie C. Henderson. No opinion. Motion to dismiss appeal denied, without costs.

BOULANT v. ZIEGFELD. (Supreme Court, Appellate Division, First Department. November 4, 1910.) Appeal from Special Term, New York County. Action by Alfred Boulant against Florenz Ziegfeld, Jr. From an order vacating an order for the examination of a witness de bene esse, plaintiff appeals. Reversed, and motion to vacate denied. Henry Hoelljes (Walter Carroll Low, of counsel), for appellant. Leon Laski, for respondent.
PER CURIAM. The moving papers contain all the necessary and jurisdictional facts required by sections 870 to 873 of the Code of Civil Procedure to be shown to entitle the moving party to an order for the examination of a witness to be taken to perpetuate testimony. The order appealed from should be reversed, with $10 costs and disbursements, and the